**FILED**
**OCTOBER 23, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**



A CERTIFIED TRUE COPY
OCT 2 3 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 5 2007

FILED
CLERK'S OFFICE

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

MDL No. 1715

(SEE ATTACHED SCHEDULE)

**07 C 6231**

CONDITIONAL TRANSFER ORDER (CTO-30)

**JUDGE ASPEN**

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 265 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 2 3 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By s/ WILLIE A. HAYNES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: NOVEMBER 9, 2007

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION                              MDL No. 1715

### SCHEDULE CTO-30 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

ALABAMA SOUTHERN
  ALS  1  07-623      Janice Burrell, et al. v. Ameriquest Mortgage Co.    07cv6091
  ~~ALS  1  07-648~~  ~~Benjamin Johnson, et al. v. Ameriquest Mortgage Co.~~  07cv6231
  ~~ALS  1  07-652~~  ~~Mervin Thomas, et al. v. Ameriquest Mortgage Co.~~  07cv6232

CONNECTICUT
  ~~CT  3  07-1113~~  ~~Andrew Dlugolecki v. Town & Country Credit Corp., et al.~~
                      Opposed 10/22/07
  CT  3  07-1188      Ocie Todd, et al. v. Ameriquest Mortgage Co., et al.    07cv6233

NEW YORK EASTERN
  NYE  1  07-3772     Darrin Drew, et al. v. ACC Capital Holdings Corp., et al.    07cv6234