**FILED CEM**
**OCTOBER 23, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 5 2007

FILED
CLERK'S OFFICE

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

MDL No. 1715



Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By: *Tina Wood*
Deputy Clerk
Date: November 21, 2007

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-30)

**07 C 6231**

**JUDGE ASPEN**

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 265 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

OCT 2 3 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**A TRUE COPY-ATTEST**
**MICHAEL W. DOBBINS, CLERK**

**By s/ WILLIE A. HAYNES**
**DEPUTY CLERK**
**U.S. DISTRICT COURT, NORTHERN**
**DISTRICT OF ILLINOIS**

**DATE: NOVEMBER 9, 2007**

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION                                MDL No. 1715

### SCHEDULE CTO-30 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

ALABAMA SOUTHERN
  ALS  1  07-623          Janice Burrell, et al. v. Ameriquest Mortgage Co.          07cv6091
  ~~ALS  1  07-648~~          ~~Benjamin Johnson, et al. v. Ameriquest Mortgage Co.~~   07cv6231
  ~~ALS  1  07-652~~          ~~Mervin Thomas, et al. v. Ameriquest Mortgage Co.~~      07cv6232

CONNECTICUT
  ~~CT  3  07-1113~~          ~~Andrew Dlugolecki v. Town & Country Credit Corp., et al.~~
                             Opposed 10/22/07
  CT  3  07-1188          Ocie Todd, et al. v. Ameriquest Mortgage Co., et al.          07cv6233

NEW YORK EASTERN
  NYE  1  07-3772         Darrin Drew, et al. v. ACC Capital Holdings Corp., et al.      07cv6234