CLOSED2007, R16MLD

## U.S. District Court
## Southern District of Alabama (Mobile)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00648-KD-C
## Internal Use Only

Johnson et al v. Ameriquest Mortgage Company
Assigned to: Judge Kristi K. DuBose
Referred to: Magistrate Judge William E. Cassady
Cause: 15:1681 Fair Credit Reporting Act

Date Filed: 09/13/2007
Date Terminated: 11/15/2007
Jury Demand: Plaintiff
Nature of Suit: 480 Consumer Credit
Jurisdiction: Federal Question

**Plaintiff**

**Benjamin Johnson**                represented by   **Earl P. Underwood**
P. O. Box 969
Fairhope, AL 36533-0969
251-990-5558
Fax: 251-990-0626
Email: epunderwood@alalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By: *Tina Wood*
Deputy Clerk
Date: November 21, 2007

**James Donnie Patterson**
P.O. Box 969
Fairhope, AL 36533
251-990-5558
Email: jpatterson@alalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
166 Government Street, Suite 100
Mobile, AL 36602
251-432-9212
Fax: 251-433-7172
Email: kjr@alaconsumerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Pipkins**                 represented by   **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Kinard**      represented by      **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheryl Kinard**      represented by      **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clemon McGill**      represented by      **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louise McGill**      represented by      **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | **James Donnie Patterson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Kenneth J. Riemer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Jesse Dungan**                     represented by   **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adra Dungan**                      represented by   **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Walter Campbell**                  represented by   **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shawndree Campbell** represented by **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charryl Bowling** represented by **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Layton Overstreet** represented by **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Rollin**  represented by  **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**April Rollin**  represented by  **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teresa Stabler**  represented by  **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roy Stabler**  represented by  **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Ameriquest Mortgage Company** | represented by | **Stephen James Bumgarner** Burr & Forman LLP 3400 Wachovia Tower 420 North 20th Street Birmingham, AL 35203 205-458-5355 Fax: 205-244-5611 Email: sbumgarn@burr.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/2007 | 1 | COMPLAINT against Ameriquest Mortgage Company ( Filing fee $350 receipt number 517665, Online Credit Card Payment), filed by Clemon McGill, Louise McGill, Jesse Dungan, Adra Dungan, Walter Campbell, Shawndree Campbell, Charryl Bowling, Layton Overstreet, Stephen Rollin, April Rollin, Benjamin Johnson, Teresa Stabler, Roy Stabler, Richard Pipkins, Michael Kinard, Cheryl Kinard. (Attachments: # 1 Supplement Summons) (Patterson, James) Additional attachment(s) added on 9/14/2007 (cmj, ). (Entered: 09/13/2007) |
| 09/14/2007 | 2 | Summons Issued as to Ameriquest Mortgage Company; mailed to attorney for service (cmj) (Entered: 09/14/2007) |
| 09/25/2007 | 3 | RETURN OF SERVICE of Summons served 09/19/07 as to Ameriquest Mortgage Company (Attachments: # 1 Exhibit A) (Underwood, Earl) (Entered: 09/25/2007) |
| 09/27/2007 |  | Answer due from Ameriquest Mortgage Company on 10/9/2007. (cmj) (Entered: 09/27/2007) |
| 10/09/2007 | 4 | MOTION to Dismiss by Ameriquest Mortgage Company. (Bumgarner, Stephen) (Entered: 10/09/2007) |
| 10/09/2007 | 5 | Brief re 4 MOTION to Dismiss. (Attachments: # 1 Exhibit A-D# 2 Exhibit E-N# 3 Exhibit O-X) (Bumgarner, Stephen) (Entered: 10/09/2007) |
| 10/10/2007 | 6 | Order Setting Motion Deadline re: 4 MOTION to Dismiss filed by Ameriquest Mortgage Company Responses due by 10/23/2007. Signed by Judge Kristi K. DuBose on 10/10/07. (cmj) (Entered: 10/10/2007) |
| 10/10/2007 | 7 | PRELIMINARY SCHEDULING ORDER enteredRule 26 Meeting Report due by 11/26/2007.. Signed by Judge William E. Cassady on 10/10/07. (Attachments: # 1 consent) (cmj) (Entered: 10/10/2007) |
| 10/10/2007 |  | (Court only) MOTIONS REFERRED: 4 MOTION to Dismiss to Judge DuBose (cmj) (Entered: 10/10/2007) |

| | | |
|---|---|---|
| 10/10/2007 | 🌐 | (Court only) REFERRAL OF 5 Brief to Judge DuBose. (cmj) (Entered: 10/10/2007) |
| 10/17/2007 | 🌐8 | Disclosure Statement filed by Defendant Ameriquest Mortgage Company. (Bumgarner, Stephen) (Entered: 10/17/2007) |
| 10/18/2007 | 🌐9 | Document endorsed NOTED by Judge Kristi K. DuBose : Corporate Disclosure Statement 8 filed by Ameriquest Mortgage Company. A review of the corporate disclosure statement pursuant to Local Rule 3.4 has been completed. That review has not revealed any reason to believe that there are potential conflicts of interest which would require disqualification or recusal in this action. (khc) (Entered: 10/18/2007) |
| 10/18/2007 | 🌐10 | ORDER on 8 Corporate Disclosure Statement filed by Ameriquest Mortgage Company. A review does not reveal any reason to believe that there are potential conflicts of interest that would require recusal in this action.. Signed by Judge William E. Cassady on 10/18/07. (cmj) (Entered: 10/18/2007) |
| 10/22/2007 | 🌐11 | RESPONSE in Opposition re 4 MOTION to Dismiss filed by Clemon McGill, Louise McGill, Jesse Dungan, Adra Dungan, Walter Campbell, Shawndree Campbell, Charryl Bowling, Layton Overstreet, Stephen Rollin, April Rollin, Benjamin Johnson, Teresa Stabler, Roy Stabler, Richard Pipkins, Michael Kinard, Cheryl Kinard. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I) (Underwood, Earl) (Entered: 10/22/2007) |
| 10/22/2007 | 🌐 | (Court only) REFERRAL OF 11 Response in Opposition to Motion, to Judge DuBose. (cmj) (Entered: 10/22/2007) |
| 11/15/2007 | 🌐12 | Conditional Transfer Order (MDL) from Northern District of Illinois requesting transfer of action. Entire case file sent to requesting District electronically via ECF TRansfer. (cmj) (Entered: 11/15/2007) |