## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| BENJAMIN JOHNSON; RICHARD PIPKINS; MICHAEL AND CHERYL KINARD; LAYTON OVERSTREET; CLEMON AND LOUISE MCGILL; JESSE AND ADRA DUNGAN; WALTER AND SHAWNDREE CAMPBELL; CHARRYL BOWLING; STEPHEN AND APRIL ROLLING [sic]; TERESA AND ROY STABLER, | ) ) ) ) ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) ) | |
| v. | ) ) | **CASE NUMBER** |
| AMERIQUEST MORTGAGE COMPANY, | ) ) ) ) | **1:07-cv-00648-KD-C** |
| **Defendant.** | ) ) ) | |

---

## DEFENDANT'S MOTION TO DISMISS

---

**COMES NOW** the defendant, Ameriquest Mortgage Company, by and through its undersigned counsel, and, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court to dismiss the Complaint filed by plaintiffs Benjamin Johnson, Richard Pipkins, Michael and Cheryl Kinard, Layton Overstreet, Clemon and Louise McGill, Jesse and Adra Dungan, Walter and Shawndreee Campbell, Charryl Bowling, Stephen and April

Rolling, and Teresa and Roy Stabler.  Per Local Rule 7.1(a), defendant's brief is

being filed simultaneously with this motion.

Respectfully submitted,

s/Stephen J. Bumgarner
Stephen J. Bumgarner (BUMGS2089)

Attorney for Defendant
Ameriquest Mortgage Company

**OF COUNSEL:**

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
sbumgarn@burr.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 9, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

Kenneth J. Riemer, Esq.
P.O. Box 1206
Mobile, Alabama  36633

Earl P. Underwood, Jr., Esq.
James D. Patterson, Esq.
Law Offices of Earl P. Underwood, Jr.
P.O. Box 969
Fairhope, Alabama 36533-0969

s/ Stephen J. Bumgarner
OF COUNSEL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

BENJAMIN JOHNSON; RICHARD )
PIPKINS; MICHAEL AND CHERYL )
KINARD; LAYTON OVERSTREET; )
CLEMON AND LOUISE MCGILL; )
JESSE AND ADRA DUNGAN; )
WALTER AND SHAWNDREE )
CAMPBELL; CHARRYL BOWLING; )
STEPHEN AND APRIL ROLLING [sic]; )
TERESA AND ROY STABLER, )
                              )
        Plaintiffs, )
                              )        **CASE NUMBER**
v. )
                              )        **1:07-cv-00648-KD-C**
AMERIQUEST MORTGAGE )
COMPANY, )
                              )
        Defendant. )
                              )

---

## DEFENDANT'S BRIEF IN SUPPORT OF MOTION TO DISMISS

---

      According to the allegations in plaintiffs' Complaint, sixteen different plaintiffs belatedly attempted to rescind ten different "residential real estate mortgage loan[s]" at a time period ranging anywhere between eighteen and thirty-one months, respectively, after the different plaintiffs had originally obtained their "residential real estate mortgage loan[s]." Plaintiffs were provided ample notice of their rights to rescind at the time of the underlying transactions back in 2004, 2005,

and 2006, respectively. None of the plaintiffs took any action at the time. The Court should dismiss plaintiffs' time-barred claims under Rule 12(b)(6).

In support of its Motion, the defendant respectfully states as follows:

## I. <u>FACTS</u>

The following facts are alleged in plaintiffs' Complaint or are otherwise likely to be undisputed by the parties:

1.    Plaintiffs allege that each of them obtained a "residential real estate mortgage loan" from defendant:[1]

   a.    Plaintiff Benjamin Johnson allegedly obtained his loan on November 11, 2004.[2]

   b.    Plaintiff Richard Pipkins allegedly obtained his loan on December 13, 2005.[3]

   c.    Plaintiffs Michael and Cheryl Kinard allegedly obtained their loan on September 29, 2004.[4]

   d.    Plaintiff Layton Overstreet allegedly obtained his loan on August 19, 2005.[5]

---

[1] Doc. 1, Compl., ¶¶ 14, 25, 36, 47, 58, 69. 80, 91, 102, & 113. Of course, if the Court were to opt not to dismiss plaintiffs' Complaint, the Court would also need to consider whether all sixteen plaintiffs are properly joined in this action under Rule 20(a). *See* FED. R. CIV. P. 20(a). There are at least ten separate "residential real estate mortgage loan[s]" placed at issue by plaintiffs' Complaint.

[2] Doc. 1, Compl., ¶ 14. The 2005 loan documents also identify Janilynn Johnson as a borrower. Ms. Johnson is not a party to this suit.

[3] *Id.* at ¶ 25.

[4] *Id.* at ¶ 36.

    e.      Plaintiffs Clemon and Louise McGill allegedly obtained their loan on August 18, 2004.[6]

    f.      Plaintiffs Jesse and Adra Dungan allegedly obtained their loan on June 3, 2005.[7]

    g.      Plaintiffs Walter and Shawndree Campbell allegedly obtained their loan on January 12, 2005.[8]

    h.      Plaintiff Charryl Bowling allegedly obtained her loan on February 2, 2006.[9]

    i.      Plaintiffs Stephen and April Rollin allegedly obtained their loan on October 4, 2005.[10]

    j.      Plaintiffs Roy and Teresa Stabler allegedly obtained their loan on September 29, 2004.[11]

2.    For at least some of the Plaintiffs, this was not their first time obtaining a loan from defendant. The Kinards appear to have re-financed an

---

[5] *Id.* at ¶ 47.

[6] *Id.* at ¶ 58.

[7] *Id.* at ¶ 69.

[8] *Id.* at ¶ 80. The 2005 loan documents reflect a date of January 13, not January 12 as alleged in the complaint. Presumably, the January 12 date reflects a typographical error in the Complaint.

[9] *Id.* at ¶ 91. The 2006 loan documents also identify Richard Bowling as a borrower. Mr. Bowling is not a party to this suit.

[10] *Id.* at ¶ 102. The Rollin loan appears to have been obtained on October 4, 2004, not October 4, 2005 as alleged in the Complaint. Presumably the 2005 date reflects a typographical error in the Complaint.

[11] *Id.* at ¶ 113. The 2004 loan documents reflect a date of October 16, 2004, not September 29, 2004 as alleged in the Complaint. Presumably, the September 29 date reflects a typographical error in the Complaint.

earlier 2002 loan and, in doing so, lowered their annual percentage rate from 11.517% to 10.407%.[12]   The Bowlings appear to have re-financed an earlier 2003 loan and, in doing so, lowered their annual percentage rate from 7.755% to 7.154%.[13]

3.    All plaintiffs admit that they were provided "form notices" of their rescission rights at the time of closing,[14] but they allege that these notices were "blank, unsigned and not dated" and that "at no point at or after closing" was any plaintiff provided a "completed, dated or signed notice of their right to cancel the transaction."[15]

4.    Plaintiffs admit that they each were provided a notice of Ameriquest's contractual "ONE WEEK CANCELLATION PERIOD,"[16] but they allege that this notice was "confusing" and was "also delivered unsigned and undated."[17]

---

[12] *See* Kinard Truth-In-Lending Disclosure Statements, attached as Exs. A & B hereto (with loan numbers redacted).

[13] *See* Bowling Truth-In-Lending Disclosure Statements, attached as Exs. C & D hereto (with loan numbers redacted).

[14] Doc. Compl., ¶ 8.

[15] *Id.* at ¶¶ 15, 26, 37, 48, 59, 70, 81, 92, 103, & 114.

[16] *Id.* at ¶ 8.

[17] *Id.* at ¶¶ 16, 27, 38, 49, 60, 71, 82, 93, 104, & 115.

5.    Plaintiff do not dispute that they each signed the "NOTICE OF RIGHT TO CANCEL" form and specifically acknowledged:  "The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by the lender in compliance with the Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221)."[18]    Plaintiffs also do not dispute that they specifically acknowledged, at closing, receipt of defendant's "ONE WEEK CANCELLATION PERIOD" form,[19] which contractually provided plaintiffs a longer cancellation period than was required by the federal statute.

6.    Notwithstanding being informed, on November 11, 2004, December 13, 2005, September 29, 2004, August 19, 2005, August 18, 2004, June 3, 2005,

---

[18] *See* Exs. E-N, attached hereto (with loan numbers redacted).  If the Court determines that it needs to evaluate these "NOTICE OF RIGHT TO CANCEL" forms in order to dismiss plaintiffs' claims, the Court may still dispose of the matter under Rule 12(b)(6) and not under summary judgment as provided for in Rule 56:  "[A] document central to the complaint that the defendant appends to its motion to dismiss is properly considered, provided that the contents are not in dispute." *Harris v. Ivax Corp.*, 182 F.3d 799, 802 n.2 (11th Cir. 1999).  In this case, the contents of the "NOTICE OF RIGHT TO CANCEL" documents do not appear to be in dispute:  "'Undisputed' in this context means that the authenticity of the document is not challenged." *Horsley v. Feldt*, 304 F.3d 1125, 1134 (11th Cir. 2002).  Plaintiffs, presumably, do not dispute the authenticity of their own signatures.

[19] *See* Exs. O-X, attached hereto (with loan numbers redacted).  Per footnote 18, *supra*, the Court may consider these "ONE WEEK CANCELLATION PERIOD" forms on a Rule 12(b)(6) motion.

January 13, 2005, February 2, 2006, October 4, 2004, and October 16, 2004, respectively, of their rights to rescind,[20] the plaintiffs did ***not*** attempt to rescind their loans until they allegedly sent letters on July 5, 2007 (Johnson), August 17, 2007 (Pipkins and Overstreet), August 15, 2007 (Kinard), May 18, 2007 (McGill), May 10, 2007 (Dungan), August 24, 2007 (Campbell and Rollin), August 7, 2007 (Bowling), and May 17, 2007 (Stabler), respectively.[21]  In other words, all plaintiffs waited ***more than eighteen months*** before attempting to rescind.

7.    Then, on September 13, 2007, plaintiffs filed the present action against the defendant, alleging TILA violations and seeking, *inter alia*, statutory damages, actual damages, rescission, declaration that security interests are void, return of moneys, declaration that plaintiffs have no duty to tender loan proceeds to defendant, and attorney fees and costs.[22]

## II.  <u>ARGUMENT</u>

A motion to dismiss for failure to state a claim under Rule 12(b)(6) should be granted when it appears that the plaintiffs can prove no set of facts in support of

---

[20] Doc. 1, Compl., ¶¶ 8-9; *see* Exs. E-X, attached hereto.

[21] Doc. 1, Compl., ¶¶ 18, 29, 40, 51, 62, 73, 84, 95, 106, & 117.

[22] *Id.* at unnumbered "WHEREFORE" paragraphs following ¶¶ 23, 34, 45, 56, 67, 78, 89, 100, 111, & 122.

their claim that would entitle them to relief.[23]  Courts should not "swallow the plaintiff's invective hook, line, and sinker" and "must refrain from crediting … bald assertions, unsupportable conclusions and 'opprobrius epithets.'"[24]  Moreover, a Rule 12(b)(6) motion to dismiss for failure to state a claim is proper "when failure to comply with the statute of limitations is plain on the face of the complaint."[25]

The statute under which plaintiff seeks relief, the Truth-in-Lending Act, provides, in relevant part:  "Any action under this section may be brought in any United States district court, or in any other court of competent jurisdiction, ***within one year from the date of the occurrence*** of the violation."[26]  Plaintiffs' claims are premised on "residential real estate mortgage loan[s]" that they allegedly obtained between September 29, 2004 and February 2, 2006,[27] so any claims based on Truth-in-Lending violations at the time of closing are ***barred by the statute of limitations***.  As such, any relief plaintiffs may seek for Truth-in-Lending violations

---

[23] FED. R. CIV. P. 12(b)(6); *Paradise Divers, Inc. v. Upmal¸* 402 F.3d 1087, 1089 (11th Cir. 2005).

[24] *Palmer v. Champion Mortgage*, 465 F.3d 24, 28 (1st Cir. 2006).

[25] *Foster v. Savannah Comm.*, 140 Fed.Appx. 905, 907 (11th Cir. 2005); *Avco Corp. v. Precision Air Parts, Inc.*, 676 F.2d 494, 495 (11th Cir. 1982).

[26] 15 U.S.C. § 1640(e) (emphasis added).

[27] *See* Doc. 1, Compl., ¶¶ 14, 25, 36, 47, 58, 69, 80, 91, 102, & 113.

unrelated to their attempted rescissions beginning on May 10, 2007[28] are time-barred.

As to at least three of the plaintiffs, these plaintiffs only enjoyed a limited right to rescind in the first instance. Plaintiffs Michael and Cheryl Kinard appear to have re-financed an earlier 2002 Ameriquest loan and, in doing so, reduced their annual percentage rate from 11.517% to 10.407%.[29] Plaintiff Charryl Bowling appears to have re-financed an earlier 2003 Ameriquest loan and, in doing so, reduced her annual percentage rate from 7.755% to 7.154%.[30] Under the federal regulation, a right to rescind on a re-financing with the same lender applies only "to the extent the new amount exceeds the unpaid principle balance, any earned unpaid finance charge on the existing debts, and amounts attributed solely to the costs of the refinancing or consolidation."[31] In other words, it is unclear why plaintiffs would want to rescind the 2004 Kinard loan or the 2006 Bowling loan. If

---

[28] *See id.* at ¶¶ 18, 29, 40, 51, 62, 73, 84, 95, 106 & 117.

[29] *See* Exs. A & B, attached hereto.

[30] *See* Exs. C & D, attached hereto.

[31] 12 C.F.R. § 226.23(f)(2). A lender need not provide special notice to inform borrower that the right to rescind applies only to the re-financing, nor is the lender obligated to specifically inform the borrower that, if the re-financing is rescinded, she will remain obligated to pay under the original loan. *See Santos-Rodriguez v. Doral Mortgage Corp.*, 485 F.3d 12, 19 (1st Cir. Apr. 19, 2007); *Veale v. Citibank, F.S.B.*, 85 F.3d 577, 580 (11th Cir. 1996).

these later loans were rescinded, these three plaintiffs would end up owing defendant money under a ***higher*** interest rate.

More to the point for all sixteen plaintiffs, the Truth-in-Lending Act prescribes a narrow window of time in which to exercise rescission rights -- namely, "until midnight of the ***third business day*** following the consummation of the transaction or the delivery of the information and the rescission forms required under this section together with a statement containing all the material disclosures."[32]   However, if such notice is never provided, the "right of rescission shall expire ***three years*** after the date of consummation of the transaction."[33]

Plaintiffs' allegation in this case that "at no point at or after closing" was any plaintiff provided a "completed, dated or signed notice of their right to cancel the transaction"[34] is squarely contradicted by the "NOTICE OF RIGHT TO CANCEL" forms and "ONE WEEK CANCELLATION PERIOD" forms that each of the plaintiffs signed on November 11, 2004, December 13, 2005, September 29, 2004, August 19, 2005, August 18, 2004, June 3, 2005, January 13, 2005, February 2, 2006, October 4, 2004, and October 16, 2004, respectively.[35]   Under the statute,

---

[32] 15 U.S.C. § 1635(a) (emphasis added).

[33] 15 U.S.C. § 1635(f) (emphasis added).

[34] Doc. 1, Compl., ¶¶ 15, 26, 37, 48, 59, 70, 81, 92, 103 & 114.

[35] *See* Exs. E-X, attached hereto.

9

plaintiffs' acknowledgements create a "rebuttable presumption" that they received the forms.[36]  Plaintiffs in this case apparently ***do not dispute the authenticity*** of their respective acknowledgments.  Instead, plaintiffs' Complaint raises two unrelated challenges to the presumption that they each were informed of their rescission rights at the time of closing.

**First**, plaintiffs allege that their copies of the "NOTICE OF RIGHT TO CANCEL" forms were blank -- in other words, that the date was only filled in on the lender's copies.[37]  This allegation is intended to bring plaintiffs' claims within the fact-patterns of the Fifth Circuit's *Williamson* holding[38] and the Ninth Circuit's *Semar* holding.[39]  The Fifth Circuit in *Williamson* and the Ninth Circuit in *Semar* -- opinions which have never been followed by the Eleventh Circuit[40] -- held that a lender's failure to fill in the expiration date on the notice form renders the notice ineffective and, thus, extends the rescission period for the full three-year period set forth in 15 U.S.C. § 1635(f).  However, the First Circuit's recent decision in

---

[36] 15 U.S.C. § 1635(c).

[37] Doc. 1, Compl., ¶¶ 15, 26, 37, 48, 59, 70, 81, 92, 103 & 114.

[38] *Williamson v. Lafferty*, 698 F.2d 767 (5th Cir. 1983).

[39] *Semar v. Platte Valley Fed. Savings & Loan Ass'n*, 791 F.2d 699 (9th Cir. 1986).

[40] *Cf. Smith v. Am. Fin. Sys., Inc.*, 737 F.2d 1549, 1555 (11th Cir. 1984) (distinguishing that portion of *Williamson* discussing a lender's failure to disclose a security interest).

*Palmer v. Champion Mortgage*[41] is more instructive as to the facts alleged at bar. In *Palmer*, the plaintiff's "Notice of Right to Cancel" form informed her that she had until April 1, 2003 to exercise her right of rescission, but the plaintiff claimed she had not received her copies of this form until sometime after April 1.  The *Palmer* court noted that the Notice also "twice indicated in plain language that, in the alternative, the debtor had three business days after *receipt* of the Notice in which rescind."[42]   The First Circuit thus held this Notice sufficient to apprise plaintiff of her rights and specifically distinguished the case at bar from the Ninth Circuit's *Semar* holding, which the First Circuit construed narrowly to cover only those cases where the lender's notice provides "no rescission deadline whatsoever."[43]

In the present case, as in *Palmer*, the "NOTICE OF RIGHT TO CANCEL" forms that each of the plaintiffs admittedly took home at closing[44] twice indicated to them that they had "THREE BUSINESS DAYS" from the "date you received this notice of your right to cancel" in which to rescind the transaction.  Moreover, none of the plaintiffs disputes that the "Document Signing Date" and the "Final

---

[41] *Palmer v. Champion Mortgage*, 465 F.3d 24, 28 (1st Cir. 2006).

[42] *Id.* at 27-28.

[43] *Id.* at 29.

[44] Doc. 1, Compl., ¶ 8.

Date to Cancel" lines were, in fact, filled in on the copies each of the plaintiffs signed on November 11, 2004, December 13, 2005, September 29, 2004, August 19, 2005, August 18, 2004, June 3, 2005, January 13, 2005, February 2, 2006, October 4, 2004 and October 16, 2004, respectively.[45]   It is well-settled in the Eleventh Circuit that "***TILA does not require perfect notice***; rather it requires a clear and conspicuous notice of rescission rights."[46]   In this case, ***each plaintiff admits that he/she was informed of his/her right to rescind at the time of closing***.[47]   As such, plaintiffs' claims are due to be dismissed under Rule 12(b)(6).

**Second**, plaintiffs seek to circumvent the statutory proviso giving them until "midnight of the third business day following the consummation of the transaction"[48] to rescind, by alleging that the additional "ONE WEEK CANCELLATION PERIOD" form they signed was "confusing" and "obscur[ed]" their "actual statutory rights."[49]   Plaintiffs are apparently seeking to rely on case law from other circuits analyzing what happens when a lender provides the wrong

---

[45] *See* Exs. E-N, attached hereto.

[46] *Smith v. Highland Bank*, 108 F.3d 1325, 1327 (11th Cir. 1997); *Veale v. Citibank, F.S.B.*, 85 F.3d 577, 580 (11th Cir. 1996) (emphasis added).

[47] *See* Exs. E-N, attached hereto; Doc. 1, Compl., at ¶¶ 15, 26, 37, 48, 59, 70, 81, 92, 103, & 114.

[48] 15 U.S.C. § 1635(a).

[49] Doc. 1, Compl., ¶¶ 8, 16, 27, 38, 49, 60, 71, 82, 93, 104, & 115.

or conflicting forms, depending on whether or not the transaction in question is a "refinancing" transaction.[50]  Although these decisions from other circuits are not directly on point, plaintiffs presumably will rely on these authorities to support their claims that defendant in this case somehow "obscur[ed]" their statutory rights to rescind by contractually providing plaintiffs a period of time longer than the three business days set forth in the statute.  In *Veale*, however, the Eleventh Circuit ***specifically disagreed with and declined to follow*** the Third Circuit's *Porter* holding.[51]  Moreover, the First Circuit just recently declined to follow the Seventh Circuit's *Handy* holding, noting that *Handy* appeared inconsistent with the Eleventh Circuit's *Highland Bank* and *Veale* decisions.[52]

In this case, plaintiffs do not dispute that they received and signed, on November 11, 2004, December 13, 2005, September 29, 2004, August 19, 2005,

---

[50] *See Handy v. Anchor Mortgage Corp.*, 464 F.3d 760, 764 (7th Cir. 2006) (lender did not provide proper notice of right to rescind where lender provided two separate notices of rescission rights, one for "refinancing" transactions and the other more general form for other transactions); *In re Porter*, 961 F.2d 1066 (3d Cir. 1996) (lender did not provide proper notice of right to rescind where lender failed to provide the specific form explaining the exception for "refinancing" transactions).

[51] *Veale*, 85 F.3d at 581.

[52] *Santos-Rodriguez v. Doral Mortgage Corp.*, 485 F.3d 12, 17 n.6 (1st Cir. Apr. 19, 2007) ("We do not follow the Seventh Circuit's view that 'TILA does not easily forgive 'technical' errors.'  As the Eleventh Circuit  has explained [in *Highland Bank*], Congress in 1995 rejected this hyper-technical view of TILA….") (citations omitted).  The *Santos-Rodriguez* court further explained that that *Veale* was still good law.  *Id.* at 18 n.10.

August 18, 2004, June 3, 2005, January 13, 2005, February 2, 2006, October 4, 2004, and October 16, 2004, respectively, both the "NOTICE OF RIGHT TO CANCEL" forms and the "ONE WEEK CANCELLATION PERIOD" forms.[53]  It is further undisputed that **_no_** plaintiff in this case made any attempt to rescind the transactions either within the statutory three-day period or within the one-week contractual period.  As such, plaintiffs' rights to rescind expired long before they allegedly began sending rescission letters on May 10, 2007,[54] and their present claims are due to be dismissed.

### III.  CONCLUSION

**WHEREFORE**, defendant respectfully requests that the Court enter an order dismissing the plaintiffs' Complaint.

---

[53] *See* Exs. E-X, attached hereto.

[54] Doc. 1, Compl., ¶¶ 18, 29, 40, 51, 62, 73, 84, 95, 106, & 117.

Respectfully submitted,


s/Stephen J. Bumgarner
Stephen J. Bumgarner (BUMGS2089)

Attorney for Defendant
Ameriquest Mortgage Company

**OF COUNSEL:**

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
sbumgarn@burr.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 9, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

Kenneth J. Riemer, Esq.
P.O. Box 1206
Mobile, Alabama  36633

Earl P. Underwood, Jr., Esq.
James D. Patterson, Esq.
Law Offices of Earl P. Underwood, Jr.
P.O. Box 969
Fairhope, Alabama 36533-0969

s/ Stephen J. Bumgarner
OF COUNSEL

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

☐ Preliminary    ☒ Final

LENDER: Ameriquest Mortgage Company
1110 Montlimar Dr., # 430
Mobile, AL 36609
(251)460-4002

Borrowers: MICHAEL W KINARD    CHERYL G KINARD

Type of Loan:  ADJUSTABLE RATE
Date:  June 12, 2002

Address:    11551 GLENWOOD CIRCLE N
City/State/Zip:    WILMER, AL 36587

Loan Number: ~~████████~~

Property:    11551 GLENWOOD CIRCLE N, WILMER, AL  36587

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 11.517    % | $ 147,067.47 | $ 56,931.68 | $ 203,999.15 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | $566.70 | 08/01/2002 | | | |
| 1 | $553.85 | 07/01/2032 | | | |

VARIABLE RATE FEATURE:
☒ Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier.

SECURITY:    You are giving a security interest in the property located at: 11551 GLENWOOD CIRCLE N, WILMER, AL  36587

ASSUMPTION:  Someone buying this property  ☒ cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE:    You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

LATE CHARGES:  If a payment is late, you will be charged  6.000%  of the overdue payment .

PREPAYMENT:  If you pay off your loan early, you
☒ may    ☐ will not    have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____  _____
Borrower  MICHAEL W KINARD        Date

_____  _____
Borrower  CHERYL G KINARD         Date

_____  _____
Borrower                         Date

_____  _____
Borrower                         Date

**Original**

TIL1 (Rev. 7/01)

**Exhibit A**

06/12/2002 1:12:35 PM

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Ameriquest Mortgage Company
1110 Montlimar Drive, Suite 690
Mobile, AL 36609
(866)848-7936

[ ] Preliminary    [X] Final

Broker License:

Borrowers: MICHAEL W KINARD    CHERYL G KINARD

Type of Loan: ADJUSTABLE RATE
Date: September 29, 2004

Address:    11551 GLENWOOD CIRCLE
City/State/Zip: Wilmer, AL 36587

Loan Number: ~~●●●●●●●●●●●●●~~

Property:    11551 GLENWOOD CIRCLE, Wilmer, AL 36587

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.407  % | $ 158,785.07 | $ 69,263.23 | $ 228,048.30 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $633.52 | 12/01/2004 | | | |
| 1 | $614.62 | 11/01/2034 | | | |

VARIABLE RATE FEATURE:
[X] Your loan has a variable rate feature .  Disclosures about the variable rate feature have been provided to you earlier.

SECURITY:    You are giving a security interest in the property located at: 11551 GLENWOOD CIRCLE, Wilmer, AL 36587

ASSUMPTION:    Someone buying this property    [X] cannot assume the remaining balance due under original terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE:    You may obtain property insurance from anyone you want that is acceptable to
Ameriquest Mortgage Company

LATE CHARGES:    If a payment is late, you will be charged  5.000%  of the overdue payment .

PREPAYMENT:    If you pay off your loan early, you
[X] may    [ ] will not    have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____ 9-29-04
Borrower MICHAEL W KINARD    Date

_____ 9-29-04
Borrower CHERYL G KINARD    Date

_____
Borrower    Date

_____
Borrower    Date

TIL1 (Rev. 7/01)

0000009295158903057601 01

**ORIGINAL COPY**

09/29/2004 8:17:15 AM

**Exhibit B**

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Ameriquest Mortgage Company
1 St. Louis St., # 1002
Mobile, AL 36602
(888)588-4304

| Preliminary | ☐ | Final | ☒ |

Broker License:

Borrowers: CHARRYL L. BOWLING    RICHARD L. BOWLING

Type of Loan: FIXED RATE
Date: December 5, 2003

Address:    23432 WILSON DR
City/State/Zip:   Loxley, AL 36551

Loan Number: ▮▮▮▮▮▮▮▮

Property:    23432  WILSON, Loxley, AL  36551

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.755  % | $ 170,512.20 | $ 107,141.50 | $ 277,653.70 |

**YOUR PAYMENT SCHEDULE WILL BE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $771.27 | 02/01/2004 | | | |
| 1 | $767.77 | 01/01/2034 | | | |

**VARIABLE RATE FEATURE:**
☐   Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:**   You are giving a security interest in the property located at: 23432 WILSON, Loxley, AL 36551

**ASSUMPTION:**  Someone buying this property   ☒  cannot assume the remaining balance due under original terms.
☐  may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:**   You may obtain property insurance from anyone you want that is acceptable to
Ameriquest Mortgage Company

**LATE CHARGES:**   If a payment is late, you will be charged  5.000%  of the overdue payment .

**PREPAYMENT:**  If you pay off your loan early, you
☒  may    ☐  will not   have to pay a penalty.

**See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.**

**Exhibit C**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Charryl L Bowling_   _12-5-03_
Borrower CHARRYL L. BOWLING    Date

_Rich H Bowling_   _12-5-3_
Borrower RICHARD L. BOWLING    Date

_____  _____    _____  _____
Borrower    Date    Borrower    Date


TIL1 (Rev. 7/01)
00000084719800030575010?

**ORIGINAL COPY**

12/04/2003 3:49:19 PM

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Ameriquest Mortgage Company
1 St. Louis St., # 1002
Mobile, AL 36602
(888)588-4304

[ ] Preliminary    [X] Final

Broker License:

Borrowers: Charryl L Bowling    Richard L Bowling

Type of Loan: FIXED RATE
Date: February 2, 2006

Address:        23432 Wilson Dr.
City/State/Zip:  Loxley, AL 36551

Loan Number: ~~[redacted]~~

Property:   23432 Wilson Dr., Loxley, AL 36551

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.154 % | $ 83,252.02 | $ 130,099.40 | $ 213,351.42 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 179 | $1,185.30 | 04/01/2006 | | | |
| 1 | $1,182.72 | 03/01/2021 | | | |

VARIABLE RATE FEATURE:
[ ]   Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier.

SECURITY:    You are giving a security interest in the property located at: 23432 Wilson Dr., Loxley, AL 36551

ASSUMPTION:  Someone buying this property   [X] cannot assume the remaining balance due under original terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE:   You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

LATE CHARGES:   If a payment is late, you will be charged  5.000%  of the overdue payment .

PREPAYMENT:   If you pay off your loan early, you
[X] may     [ ] will not     have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

**Exhibit D**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

*Charryl L Bowling*                2/2/06        *Richard A Bowling*            2/2/06
Borrower Charryl L Bowling        Date          Borrower Richard L Bowling      Date

Borrower          Date          Borrower          Date

TIL1 (Rev. 7/01)

0000014463224035750101

**ORIGINAL COPY**

02/02/2006 2:17:47 PM

## NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:   November 11, 2004
LOAN NO.:   ████████████████
TYPE:   FIXED RATE

BORROWER(S): Benjamin Lamar Johnson

ADDRESS:        966 Shady Brook Drive
CITY/STATE/ZIP:   MOBILE,AL 36606

PROPERTY:   966  Shady Brook Drive
                      Mobile,  AL   36606

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
|---|
| 11-11-04 |

;

or
2.   The date you received your Truth in Lending disclosures;
or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN:   **FUNDING**
PHONE: **(714)634-3494**
FAX:       **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
|---|
| 11-15-04 |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____
SIGNATURE

_____
DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____ 11-11-04
BORROWER/OWNER Benjamin Lamar Johnson        Date

_____ 11-11-2004
BORROWER/OWNER Jeslynn Johnson        Date

_____
BORROWER/OWNER        Date

_____
BORROWER/OWNER        Date

1064-NRC (Rev 11/03)


0000009961516304000501101

**LENDER COPY**

**Exhibit E**

11/11/2004 12:56:45 PM

 

## NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:  December 13, 2005
LOAN NO.:  ▓▓▓▓▓▓▓▓▓
TYPE:   ADJUSTABLE RATE

BORROWER(S): Richard Pipkins, Sr.

ADDRESS:        4212 Packingham Dr
CITY/STATE/ZIP:   Mobile, AL 36609

PROPERTY:   4212 Packingham Dr
            Mobile, AL  36609

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
|---|
| 12/13/05 |

or
2.  The date you received your Truth in Lending disclosures;
or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  **FUNDING**
PHONE: (714)634-3494
FAX:      (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
|---|
| 12/16/05 |

(OR MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____          _____
SIGNATURE                                         DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

*Richard Pipkins Sr.*        12/13/05
BORROWER/OWNER Richard Pipkins, Sr.      Date      BORROWER/OWNER                         Date

_____          _____
BORROWER/OWNER                         Date      BORROWER/OWNER                         Date

1004-NRC (Rev 11/23)


0000014132992200400050101

**LENDER COPY**

12/13/2005 12:30:28 PM

**Exhibit F**

 

## NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:  September 29, 2004
LOAN NO.:  ██████████████
TYPE:   ADJUSTABLE RATE

BORROWER(S): MICHAEL W KINARD    CHERYL G KINARD

ADDRESS:    11551 GLENWOOD CIRCLE
CITY/STATE/ZIP:   Wilmer,AL 36587

PROPERTY:   11551 GLENWOOD CIRCLE
            Wilmer, AL  36587

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
| --- |
| 9/29/04 |

;

    or
2.  The date you received your Truth in Lending disclosures;
    or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN:  **FUNDING**
PHONE: **(714)634-3494**
FAX:     **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
| --- |
| 10/2/04 |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____          _____
SIGNATURE                                                      DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_~~~~_Michael Kinard_____ _9-29-04_          _Cheryl G. Kinard_ _9-29-04_
BORROWER/OWNER MICHAEL W KINARD    Date      BORROWER/OWNER CHERYL G KINARD    Date

_____          _____
BORROWER/OWNER                           Date      BORROWER/OWNER                           Date


1064-NRC (Rev 01/04)

000000692551589040000501001

**LENDER COPY**

09/29/2004 8:17:15 AM

## Exhibit G

## NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:  August 19, 2005
LOAN NO.:
TYPE:   ADJUSTABLE RATE

BORROWER(S): Layton J Overstreet, Jr.

ADDRESS:      105 Vista Cir
CITY/STATE/ZIP:   Daphne, AL 36526

PROPERTY:   105 Vista Cir
            Daphne, AL  36526

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

| ENTER DOCUMENT SIGNING DATE |
| --- |
| 8-19-05 |

1. The date of the transaction, which is

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN:  **FUNDING**
PHONE: **(714)634-3494**
FAX:     **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
| --- |
| 8·23·05 |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____          _____
SIGNATURE                                          DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

 8-19-05

BORROWER/OWNER Layton J Overstreet, Jr.      Date      BORROWER/OWNER                          Date

BORROWER/OWNER                          Date      BORROWER/OWNER                          Date

064-NRC (Rev 11/03)                                                        **LENDER COPY**

0000013079800530400050101

08/19/2005 7:09:40 AM

**Exhibit H**

# NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:  August 18, 2004
LOAN NO.:  ███████████
TYPE:   FIXED RATE

BORROWER(S): Clemon Mcgill

ADDRESS:        1221 Busey Avenue
CITY/STATE/ZIP:   Brewton, AL 36426

PROPERTY:   1221 Busey Avenue
            Brewton,  AL  36426

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

| ENTER DOCUMENT SIGNING DATE |
|---|
| 1.  The date of the transaction, which is    *8/18/04*    ; |

or
2.   The date you received your Truth in Lending disclosures;
or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**            ATTN:  FUNDING
**1600 S Douglass Rd**                      PHONE: (714)634-3494
**Anaheim, CA 92806**                       FAX:    (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

| ENTER FINAL DATE TO CANCEL |
|---|
| If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of    *8/21/04* |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____               _____
SIGNATURE                                      DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

*Clemon McGill*                    8-18-04      *Louise Boyd McGill*        8-18-04
BORROWER/OWNER Clemon Mcgill       Date         BORROWER/OWNER Louise Boyd mcgill    Date

_____   _____   _____   _____
BORROWER/OWNER                     Date        BORROWER/OWNER            Date



1064-NRC (Rev 01/04)     0000008931110404000050101              **LENDER COPY**

**Exhibit I**                                              08/18/2004 10:06:00 AM



## NOTICE OF RIGHT TO CANCEL

LENDER:    Ameriquest Mortgage Company

DATE:  June 3, 2005
LOAN NO.:
TYPE:   FIXED RATE

BORROWER(S): Jesse Thomas Dungan        Adra H Dungan

ADDRESS:        604 Walker Springs Road
CITY/STATE/ZIP:   Jackson, AL 36545

PROPERTY:   604 WALKER SPRINGS RD
            Jackson,  AL  36545

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
|---|
| 6-3-05 |

;

   or
2.  The date you received your Truth in Lending disclosures;
   or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:   (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
|---|
| 6-7-05 |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____          _____
SIGNATURE                                  DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_Jesse Thomas Dungan_  6/3/05        _Adra H Dungan_      6/3/15
BORROWER/OWNER Jesse Thomas Dungan  Date    BORROWER/OWNER Adra H Dungan   Date

_____    _____    _____    _____
BORROWER/OWNER             Date       BORROWER/OWNER             Date



J-064-NRC (Rev 11/03)          00001212456660400050101

**LENDER COPY**

06/03/2005 2:53:50 PM

**Exhibit J**

# NOTICE OF RIGHT TO CANCEL

LENDER:    Ameriquest Mortgage Company

DATE:   January 12, 2005
LOAN NO.: ████████████
TYPE:    ADJUSTABLE RATE

BORROWER(S): Shawndree Campbell

ADDRESS:        1634 Weaver Dr
CITY/STATE/ZIP:   Eight Mile, AL 36613

PROPERTY:   1634 Weaver Dr
            Eight Mile,  AL  36613

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
|---|
| 1-13-05 |

;

    or
2. The date you received your Truth in Lending disclosures;
    or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN:  **FUNDING**
PHONE:  **(714)634-3494**
FAX:     **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
|---|
| 1-18-05 |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____          _____
SIGNATURE                                DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.



_Shawndree Campbell_                      1/13/05    _Walter Campbell_          1/13/05
BORROWER/OWNER Shawndree Campbell    Date    BORROWER/OWNER Walter Campbell, Jr    Date

_____    _____    _____    _____
BORROWER/OWNER                       Date    BORROWER/OWNER                        Date

1064-NRC (Rev 11/03)

‖‖‖‖‖‖‖‖‖‖‖‖‖‖
0000010491220804000050101

**LENDER COPY**

**Exhibit K**

01/12/2005 1:25:31 PM



# NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:  February 2, 2006
LOAN NO.:   ▮▮▮▮▮▮▮▮▮▮▮▮
TYPE:   FIXED RATE

BORROWER(S): Charryl L Bowling        Richard L Bowling

ADDRESS:        23432 Wilson Dr.
CITY/STATE/ZIP:   Loxley, AL 36551

PROPERTY:   23432 Wilson Dr.
            Loxley, AL  36551

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

   | ENTER DOCUMENT SIGNING DATE |
   | --- |
   | 2/2/06 |

   ;
   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN:  **FUNDING**
PHONE: **(714)634-3494**
FAX:     **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
| --- |
| 2/6/06 |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____                    _____
SIGNATURE                                    DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

*Charryl L Bowling*                2/2/06        *Richard L Bowling*            2/2/06
BORROWER/OWNER Charryl L Bowling)    Date        BORROWER/OWNER Richard L Bowling    Date

_____    _____        _____    _____
BORROWER/OWNER               Date           BORROWER/OWNER               Date

1064-NRC (Rev 11/03)



0000014468322404000069101

**LENDER COPY**

02/02/2006 2:17:47 PM

**Exhibit L**

## NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:   October 4, 2004
LOAN NO.:   ▬▬▬▬▬
TYPE:   FIXED RATE

BORROWER(S): APRIL L ROLLIN      STEPHEN ROLLIN

ADDRESS:       12515 EAST ALABAMA ST
CITY/STATE/ZIP:   ELBERTA, AL 36530

PROPERTY:   12515 EAST ALABAMA ST
                    Elberta, AL 36530

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
|---|
| 10/4/04 |

   ;

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN:  **FUNDING**
PHONE: **(714)634-3494**
FAX:      **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
|---|
| 10/7/04 |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____          _____
SIGNATURE                                              DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

*April L. Rollin*  10/4/04    *S~ ~*  10/4/04
BORROWER/OWNER APRIL L ROLLIN    /Date    BORROWER/OWNER STEPHEN ROLLIN    /Date

_____          _____    _____          _____
BORROWER/OWNER                              Date          BORROWER/OWNER                              Date


1064-NRC (Rev 01/04)      0000000930406240400050101

**LENDER COPY**

**Exhibit M**        10/04/2004 3:47:36 PM

## NOTICE OF RIGHT TO CANCEL

LENDER:  Ameriquest Mortgage Company

DATE:  October 16, 2004
LOAN NO.: ●●●●●●●●●
TYPE:  ADJUSTABLE RATE

BORROWER(S): Teresa Stabler       Roy Le Quient Stabler

ADDRESS:       819 Edgewood Circle
CITY/STATE/ZIP:  Jackson,AL 36545

PROPERTY:  819 Edgewood Circle
           Jackson, AL  36545

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

   **ENTER DOCUMENT SIGNING DATE**

   _10/16/04_                                 ;

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806**

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:   (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

_10/20/04_

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

I WISH TO CANCEL

_____        _____
SIGNATURE                               DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.



BORROWER/OWNER Teresa Stabler          Date   BORROWER/OWNER Roy Le Quient Stabler          Date

_____        _____
BORROWER/OWNER                   Date   BORROWER/OWNER                   Date

1004-NRC (Rev 11/03)    0000009589688904000050101

LENDER COPY

10/16/2004 4:02:32 PM

**Exhibit N**

# ONE WEEK CANCELLATION PERIOD

Loan Number: ▓▓▓▓▓▓▓▓▓▓▓          Borrower(s): Benjamin Lamar Johnson
Date: November 11, 2004

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_Benjamin Lamar Johnson_ (signature)          11-11-04
Borrower/Owner  Benjamin Lamar Johnson          Date

_Janilynn Johnson_ (signature)          11-11-2004
Borrower/Owner  Janilynn  Johnson          Date

_____          _____
Borrower/Owner          Date

_____          _____
Borrower/Owner          Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature          Date

---

0000009961516304042201 01

11/11/2004 12:56:45 PM

850 (10/00)

**LENDER COPY**

# ONE WEEK CANCELLATION PERIOD

Loan Number: ████████████████          Borrower(s): Richard Pipkins, Sr.
Date:  December 13, 2005

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.**  This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make.  To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.**  No money will be disbursed before 10:00 a.m. on the first business day after this period expires.  Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends.  You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan.  The written statement must be signed and dated by any one borrower.  Your request must be delivered to:

  Ameriquest Mortgage Company
  1600 S Douglass Rd Anaheim, CA 92806
  ATTN: Funding Department
  Phone: (714)541-9960
  Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_Richard Pipkins Sr._ (signature)                          Date  12/13/05
Borrower/Owner  Richard Pipkins, Sr.

Borrower/Owner _____          Date _____

Borrower/Owner _____          Date _____

Borrower/Owner _____          Date _____

---

## REQUEST TO CANCEL
I/We want to cancel loan # _____ .

Borrower/Owner Signature _____          Date _____

12/13/2005 12:30:28 PM

0000014132992004220101
850 (10/00)

**LENDER COPY**

**Exhibit P**

# ONE WEEK CANCELLATION PERIOD

Loan Number: ~~████████████~~

Borrower(s): MICHAEL W KINARD
CHERYL G KINARD

Date:  September 29, 2004

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make.  To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.**  No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends.  You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan.  The written statement must be signed and dated by any one borrower.  Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____     9-29-04
Borrower/Owner  MICHAEL W KINARD          Date

_____     9-29-04
Borrower/Owner  CHERYL G KINARD           Date

_____     _____
Borrower/Owner                            Date

_____     _____
Borrower/Owner                            Date

---

## REQUEST TO CANCEL

I/We want to cancel loan # _____.

_____     _____
Borrower/Owner Signature                  Date

---

850 (10/00)

09/29/2004 8:17:15 AM

**LENDER COPY**

**Exhibit Q**

# ONE WEEK CANCELLATION PERIOD

Loan Number: ~~████████████~~          Borrower(s): Layton J Overstreet, Jr.

Date: August 19, 2005

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

    Ameriquest Mortgage Company
    1600 S Douglass Rd Anaheim, CA 92806
    ATTN: Funding Department
    Phone: (714)541-9960
    Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_Layton J Overstreet Jr._ _(signature)_      _8-19-05_

Borrower/Owner  Layton J Overstreet, Jr.       Date

_____    _____

Borrower/Owner       Date

_____    _____

Borrower/Owner       Date

_____    _____

Borrower/Owner       Date

---

## REQUEST TO CANCEL

I/We want to cancel loan # _____ .

_____    _____

Borrower/Owner Signature       Date

---

00000130796030404220101

850 (10/00)

08/19/2005 7:09:40 AM

**LENDER COPY**

**Exhibit R**

# ONE WEEK CANCELLATION PERIOD

Loan Number: ████████████          Borrower(s): Clemon Mcgill

Date:  August 18, 2004

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.**  This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make.  To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.**  No money will be disbursed before 10:00 a.m. on the first business day after this period expires.  Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends.  You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan.  The written statement must be signed and dated by any one borrower.  Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_Clemon McGill_____          _8-18-04_____
Borrower/Owner  Clemon Mcgill                    Date

_Louise Boyd McGill_____          _8-18-04_____
Borrower/Owner  Louise Boyd mcgill              Date

_____          _____
Borrower/Owner                                          Date

_____          _____
Borrower/Owner                                          Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature                           Date

---

0000008931104040422010l
850 (10/00)

08/18/2004 10:06:00 AM

**LENDER COPY**

Exhibit S

## ONE WEEK CANCELLATION PERIOD

Loan Number: ████████                    Borrower(s): Jesse Thomas Dungan
Date: June 3, 2005                                              Adra H Dungan

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

        Ameriquest Mortgage Company
        1600 S Douglass Rd Anaheim, CA 92806
        ATTN: Funding Department
        Phone: (714)541-9960
        Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.


_Jesse Thomas Dungan_ _____            _6/3/05_ _____
Borrower/Owner  Jesse Thomas Dungan                      Date

_Adra H. Dungan_ _____            _6/3/05_ _____
Borrower/Owner  Adra H Dungan                                  Date


_____            _____
Borrower/Owner                                                      Date


_____            _____
Borrower/Owner                                                      Date


---

### REQUEST TO CANCEL
**I/We want to cancel loan #**_____.

_____            _____
Borrower/Owner Signature                                      Date

---

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
0000012124566504042201G1
850 (10/00)

06/03/2005 2:53:50 PM

**LENDER COPY**


**Exhibit T**

# ONE WEEK CANCELLATION PERIOD

Loan Number: ~~██████████~~                    Borrower(s): Shawndree Campbell
Date: January 12, 2005

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_Shawndree Campbell_ _____    Date _1/13/05_____
Borrower/Owner  Shawndree Campbell

_Walter Campbell Jr._ _____    Date _1/13/05_____
Borrower/Owner  Walter Campbell, Jr

_____    Date _____
Borrower/Owner

_____    Date _____
Borrower/Owner

+--------------------------------------------------------------+
| **REQUEST TO CANCEL**                                        |
| I/We want to cancel loan #_____. |
|                                                              |
| _____    _____ |
| Borrower/Owner Signature            Date                     |
+--------------------------------------------------------------+

01/12/2005 1:25:31 PM

0000010491220904042201 01

**LENDER COPY**

850 (10/00)

# ONE WEEK CANCELLATION PERIOD

Loan Number: ███████████          Borrower(s): Charryl L Bowling
Date: February 2, 2006                              Richard L Bowling

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

　　　　Ameriquest Mortgage Company
　　　　1600 S Douglass Rd Anaheim, CA 92806
　　　　ATTN: Funding Department
　　　　Phone: (714)541-9960
　　　　Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_Charryl L Bowling_ _____          _2/2/06_ _____
Borrower/Owner   Charryl L Bowling                              Date

_Richard L Bowling_ _____          _2/2/06_ _____
Borrower/Owner   Richard L Bowling                             Date

_____          _____
Borrower/Owner                                                         Date

_____          _____
Borrower/Owner                                                         Date

+-------------------------------------------------------------------------+
| ## REQUEST TO CANCEL                                                    |
| I/We want to cancel loan #_____.     |
|                                                                         |
| _____          _____      |
| Borrower/Owner Signature                        Date                    |
+-------------------------------------------------------------------------+

0000014468322404042201 01                           02/02/2006 2:17:47 PM

$50 (10/00)                                         **LENDER COPY**

**Exhibit V**

# ONE WEEK CANCELLATION PERIOD

Loan Number: ~~████████~~      Borrower(s): APRIL L ROLLIN
Date: October 4, 2004                    STEPHEN ROLLIN

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

     Ameriquest Mortgage Company
     1600 S Douglass Rd Anaheim, CA 92806
     ATTN: Funding Department
     Phone: (714)541-9960
     Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_April L. Rollin_                              _10/14/04_
Borrower/Owner   APRIL L ROLLIN               Date

_Stephen Rollin_                             _10/14/04_
Borrower/Owner   STEPHEN ROLLIN             Date

Borrower/Owner                                      Date

Borrower/Owner                                      Date

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

Borrower/Owner Signature                Date

0000009304062404204220101

850 (10/00)

10/04/2004 3:47:36 PM

**LENDER COPY**

**Exhibit W**

## ONE WEEK CANCELLATION PERIOD

Loan Number: ▓▓▓▓▓▓▓▓▓▓   Borrower(s): Teresa Stabler
Date:  October 16, 2004                          Roy Le Quient Stabler

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make.  To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.**  No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends.  You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan.  The written statement must be signed and dated by any one borrower.  Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_Teresa Stabler_ _____        _10/16/04_ _____
Borrower/Owner  Teresa Stabler                    Date

_Roy Le Quient Stabler_ _____        _10/16/04_ _____
Borrower/Owner  Roy Le Quient Stabler             Date

_____        _____
Borrower/Owner                                    Date

_____        _____
Borrower/Owner                                    Date

---

### REQUEST TO CANCEL
I/We want to cancel loan #_____.

_____        _____
Borrower/Owner Signature                          Date

---

|||||▓▓▓▓▓▓▓▓▓▓▓▓|||
00000095689689804042201201
850 (10/00)

10/15/2004 4:02:32 PM

**LENDER COPY**

Exhibit X