# ACC℠

August 13, 2007                                                ***Via Federal Express***

James D. Patterson, Esq.
The Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, Alabama 36533

| | | |
|---|---|---|
| ***Re:*** | ***Borrowers:*** | ***Charryl & Richard Bowling*** |
| | ***Ameriquest Loan Number Ending In:*** | ***XXXXXXX224*** |
| | ***Property Address:*** | ***23432 Wilson Dr*** |
| | | ***Loxley, AL 36551*** |

Dear Mr. Patterson:

This letter is in response to your correspondence dated August 7, 2007 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Please note that ACC Capital Holdings is the parent company of Ameriquest and is responding on their behalf.

Our review of your clients' transaction confirms that all material disclosures were accurately provided to your clients and that they executed the Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each. Accordingly, we respectfully deny your clients' rescission request.

Please note that Ameriquest provides customers with a seven calendar day rescission period, which runs concurrently with the three-day rescission period required by Federal Law. The One Week Cancellation Period states:

> *"Ameriquest Mortgage Company believes that a loan secured by you home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advise and/or shop for a loan that you believe suits you better, we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you."*

Pursuant to your request, we are enclosing a copy of your clients' account history from its inception to the present. The accounting includes but is not limited to the amounts submitted by your clients, and the portions of those payments that were applied to principal and interest, and amounts in suspense, if any. We also attach a copy of your clients' loan file.

You have requested a payoff statement for your clients' loan. However, the loan was service released on May 15, 2006. Please contact your clients' current service to obtain a copy of the payoff.

We respectfully decline your request for copies of internal communications or agreements between Ameriquest Mortgage Company and any third parties, as they are confidential and proprietary in nature.

We trust that this responds to your concerns.

Sincerely,

Sabrina Lemmon
Legal Analyst II



*Via Federal Express*

August 28, 2007

James D. Patterson, Esq.
The Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, Alabama 36533

Re:    Borrower:                                 **Shawndee Campbell**
       Ameriquest Loan Number Ending In:    *xxxxxx2209*
       Property Address:                    *1634 Weaver Drive*
                                            *Eight Mile, Alabama 36613*

Dear Mr. Patterson:

This letter is in response to your correspondence dated August 24, 2007 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Please note that ACC Capital Holdings is the parent company to Ameriquest and is responding on their behalf.

Our review of your client's transaction confirms that all material disclosures were accurately provided to your client and that she and Walter Campbell, Jr. executed the attached Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each. Accordingly, we respectfully deny your client's rescission request.

Pursuant to your request, we are enclosing a copy of your client's account history from its inception to the present. The accounting includes, but is not limited to, the amounts submitted by your clients, and the portions of those payments that were applied to principal and interest, and amounts in suspense, if any. Additionally, we attach a copy of your client's loan file.

We also attach your client's payoff statement for your reference. If you should need a revised payoff statement in the future, please fax the request directly to our Payoff Department at (714) 347-5239, along with signed authorization from the borrower.

We respectfully decline your request for copies of internal communications or agreements between Ameriquest and any third parties, as they are confidential and proprietary in nature.

We trust that this responds to your concerns.

Sincerely,

Courtney Takahashi
Legal Analyst II
ACC Capital Holdings

Enclosure

# ACC

May 29, 2007                                          *Via Federal Express*

James D. Patterson, Esq.
The Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, Alabama 36533

**Re:**   **Borrowers:**                    ***Jesse & Adra Dungan***
        ***Ameriquest Loan Number Ending In:*** ***XXXXXXX666***
        ***Property Address:***              ***604 Walker Springs Road***
                                        ***Jackson, AL 36545***

Dear Mr. Patterson:

        This letter is in response to your correspondence dated May 10, 2007 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

        Our review of your clients' transaction confirms that all material disclosures were accurately provided to your clients and that they executed the Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each. Accordingly, we respectfully deny your clients' rescission request.

        Pursuant to your request, we are enclosing a copy of your clients' account history from its inception to when it was service released. The accounting includes but is not limited to the amounts submitted by your clients, and the portions of those payments that were applied to principal and interest, and amounts in suspense, if any. We also attach a copy of your clients' loan file.

        You have requested a payoff statement for your clients' loan. However, the loan has been service released to GMAC as of November 4, 2005. Please contact your clients current servicer for a copy of the payoff.

        We respectfully decline your request for copies of internal communications or agreements between Ameriquest Mortgage Company and any third parties, as they are confidential and proprietary in nature.

        We trust that this responds to your concerns.

        Sincerely,

        Sabrina Lemmon
        Legal Analyst II



July 12, 2007                                                          *__Via Federal Express__*

James D. Patterson, Esq.
The Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, Alabama 36533

| *Re:* | *Borrower:* | ***Benjamin Lamar Johnson*** |
|---|---|---|
| | *Ameriquest Loan Number Ending In:* | ***xxxxxx5163*** |
| | *Property Address:* | ***966 Shady Brook Drive*** |
| | | ***Mobile, Alabama 36606*** |

Dear Mr. Patterson:

This letter is in response to your correspondence dated July 5, 3007, which purport to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Please note that ACC Capital Holdings is the parent company to Ameriquest and is responding on their behalf.

Our review of your client's transaction confirms that all material disclosures were accurately provided to your client and that he and Janilynn Johnson executed the attached Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each. Accordingly, we respectfully deny your client's rescission request.

Pursuant to your request, we are enclosing a copy of your client's account history from its inception to February 3, 2005, when the loan was service release. Please note the current servicer of the loan is CitiFinancial. They will be able to provide you with an updated payment history and payoff.

We respectfully decline your request for copies of internal communications or agreements between Ameriquest and any third parties, as they are confidential and proprietary in nature.

We trust that this responds to your concerns.

Sincerely,

Courtney Takahashi
Legal Analyst II
ACC Capital Holdings

Enclosures



August 14, 2007                                                    *Via Federal Express*

James D. Patterson, Esq.
The Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, Alabama 36533

*Re:*      *Borrowers:*                          ***Michael Kinard and Cheryl Kinard***
           *Ameriquest Loan Number Ending In:*   ***xxxxxx1589***
           *Property Address:*                   ***11551 Glenwood Circle***
                                                 ***Wilmer, Alabama 36587***

Dear Mr. Patterson:

This letter is in response to your correspondence dated August 7, 2007, which purport to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Please note that ACC Capital Holdings is the parent company to Ameriquest and is responding on their behalf.

Our review of your clients' transaction confirms that all material disclosures were accurately provided to your clients and that they executed the attached Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each. Accordingly, we respectfully deny your clients' rescission request.

Pursuant to your request, we are enclosing a copy of your client's account history from its inception to November 2005, when the loan was service released to Ocwen Federal Bank.    Accordingly, we are unable to provide you with a payoff report.

We respectfully decline your request for copies of internal communications or agreements between Ameriquest and any third parties, as they are confidential and proprietary in nature.

We trust that this responds to your concerns.

Sincerely,

Courtney Takahashi
Legal Analyst II
ACC Capital Holdings

Enclosures

ACC CAPITAL HOLDINGS CORPORATION
1100 Town & Country Road, Suite 1200 • Orange, CA 92868 • phone: 714.558.5355

# ACC[89]

May 29, 2007                                                    *Via Federal Express*


James D. Patterson, Esq.
The Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, Alabama 36533


*Re:*     *Borrower:*                              *Clemon McGill*
          *Mortgagor:*                             *Louise McGill*
          *Ameriquest Loan Number Ending In:*      *XXXXXXX104*
          *Property Address:*                      *1221 Busey Avenue*
                                                   *Brewton, AL 36426*

Dear Mr. Patterson:

This letter is in response to your correspondence dated May 18, 2007 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Our review of your clients' transaction confirms that all material disclosures were accurately provided to your clients and that they executed the Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each. Accordingly, we respectfully deny your clients' rescission request.

Please note that Ameriquest provides customers with a seven calendar day rescission period, which runs concurrently with the three-day rescission period required by Federal Law. The One Week Cancellation Period states:

> *"Ameriquest Mortgage Company believes that a loan secured by you home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advise and/or shop for a loan that you believe suits you better, we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you."*

Pursuant to your request, we are enclosing a copy of your clients' account history from its inception to the date the loan was service released. The accounting includes but is not limited to the amounts submitted by your clients, and the portions of those payments that were applied to principal and interest, and amounts in suspense, if any.  We also attach a copy of your clients' loan file.

You have requested a payoff statement for your clients' loan.  However, the loan has been service released to Homeq as of November 4, 2004.  Please contact your clients' current servicer for a payoff.

We respectfully decline your request for copies of internal communications or agreements between Ameriquest Mortgage Company and any third parties, as they are confidential and proprietary in nature.

We trust that this responds to your concerns.

Sincerely,

Sabrina Lemmon
Legal Analyst II



August 21, 2007

*Via Federal Express*

James D. Patterson, Esq.
The Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, Alabama 36533

*Re:*    *Borrower:*                                    *Layton Overstreet*
         *Ameriquest Loan Number Ending In:*    *xxxxxx6063*
         *Property Address:*                         *105 Vista Circle*
                                                       *Daphne, Alabama 36526*

Dear Mr. Patterson:

This letter is in response to your correspondence dated August 17, 2007 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Please note that ACC Capital Holdings is the parent company to Ameriquest and is responding on their behalf.

Our review of your client's transaction confirms that all material disclosures were accurately provided to your client and that he executed the attached Lender's copy of the *Notice of Right to Cancel* to acknowledge his receipt of two (2) completed copies of the document. Accordingly, we respectfully deny your client's rescission request.

Pursuant to your request, we are enclosing a copy of your client's account history from its inception to the present. The accounting includes, but is not limited to, the amounts submitted by your clients, and the portions of those payments that were applied to principal and interest, and amounts in suspense, if any. Additionally, we attach a copy of your client's loan file.

We also attach your client's payoff statement for your reference. If you should need a revised payoff statement in the future, please fax the request directly to our Payoff Department at (714) 347-5239, along with signed authorization from the borrower.

We respectfully decline your request for copies of internal communications or agreements between Ameriquest and any third parties, as they are confidential and proprietary in nature.

We trust that this responds to your concerns.

Sincerely,

Courtney Takahashi
Legal Analyst II
ACC Capital Holdings

Enclosures

# ACC℠

August 21, 2007                                                    *Via Federal Express*


James D. Patterson, Esq.
The Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, Alabama 36533


**Re:    Borrower:                          Richard Pipkins**
**        Ameriquest Loan Number Ending In:  XXXXXXX920**
**        Property Address:                  4212 Packingham Dr**
**                                            Mobile, AL 36609**

Dear Mr. Patterson:

This letter is in response to your correspondence dated August 17, 2007 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Please note that ACC Capital Holdings is the parent company of Ameriquest and is responding on their behalf.

Our review of your client's transaction confirms that all material disclosures were accurately provided to your client and that he executed the Lender's copy of the *Notice of Right to Cancel* to acknowledge his receipt of two (2) completed copies of the document. Accordingly, we respectfully deny your client's rescission request.

Please note that Ameriquest provides customers with a seven calendar day rescission period, which runs concurrently with the three-day rescission period required by Federal Law. The One Week Cancellation Period states:

> "*Ameriquest Mortgage Company believes that a loan secured by you home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advise and/or shop for a loan that you believe suits you better, we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.*"

Pursuant to your request, we are enclosing a copy of your client's account history from its inception to the present. The accounting includes but is not limited to the amounts submitted by your client, and the portions of those payments that were applied to principal and interest, and amounts in suspense, if any. We also attach a copy of your client's loan file.

We also attach your client's payoff statement for your reference. If you should need a revised payoff statement in the future, please fax the request directly to our Payoff Department at (714) 347-5239, along with signed authorization from the borrower.

We respectfully decline your request for copies of internal communications or agreements between Ameriquest Mortgage Company and any third parties, as they are confidential and proprietary in nature.

We trust that this responds to your concerns.

Sincerely,

Sabrina Lemmon
Legal Analyst II



August 31, 2007                                    *Via Federal Express*

James D. Patterson, Esq.
The Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, Alabama 36533


Re:    **Borrowers:**                  **Stephen & April Rollin**
       **Ameriquest Loan Number Ending In:**  **XXXXXXX624**
       **Property Address:**           **12515 East Alabama St**
                                       **Elberta, AL 36530**

Dear Mr. Patterson:

        This letter is in response to your correspondence dated August 24, 2007 which purports
to rescind the loan referenced above on the basis that Ameriquest Mortgage Company
("Ameriquest") did not comply with the Truth in Lending Act.

        Please note that ACC Capital Holdings is the parent company of Ameriquest and is
responding on their behalf.

        Our review of your clients' transaction confirms that all material disclosures were
accurately provided to your clients and that they executed the Lender's copy of the *Notice of
Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each.
Accordingly, we respectfully deny your clients' rescission request.

        Please note that Ameriquest provides customers with a seven calendar day rescission
period, which runs concurrently with the three-day rescission period required by Federal Law.
The One Week Cancellation Period states:

        *"Ameriquest Mortgage Company believes that a loan secured by you home is one
        of the most important financial decisions you can make.  To give you more time to
        study your loan documents, obtain independent advise and/or shop for a loan that
        you believe suits you better, we provide you with one-week (which includes the day
        you sign the loan documents) to cancel the loan with no cost to you."*

        Pursuant to your request, we are enclosing a copy of your clients' account history from its
inception to the date the loan was service released. The accounting includes but is not limited to
the amounts submitted by your clients, and the portions of those payments that were applied to
principal and interest, and amounts in suspense, if any.  We also attach a copy of your clients'
loan file.

        You have requested a payoff statement for your clients' loan.  However, the loan was
service released on January 5, 2005.  Please contact your clients' current servicer for a payoff
statement.

We respectfully decline your request for copies of internal communications or agreements between Ameriquest Mortgage Company and any third parties, as they are confidential and proprietary in nature.

We trust that this responds to your concerns.

Sincerely,

Sabrina Lemmon
Legal Analyst II

# ACC℠

June 13, 2007                                                    *Via Federal Express*

James D. Patterson, Esq.
The Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, Alabama 36533

*Re:*   *Borrowers:*                                  *Teresa Stabler and Roy Le Quient Stabler*
        *Ameriquest Loan Number Ending In:*  *xxxxxx8578*
        *Property Address:*                   *819 Edgewood Circle*
                                              *Jackson, Alabama 36545*

Dear Mr. Patterson:

        This letter is in response to your correspondence dated May 17, 2007 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

        Our review of your clients' transaction confirms that all material disclosures were accurately provided to your clients and that they executed the attached Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each. Accordingly, we respectfully deny your clients' rescission request.

        Please note that Jennifer Foley in our Office of the President Department is in receipt of your Qualified Written Request and will be responding accordingly.

        We trust that this responds to your concerns.

Sincerely,

Courtney Takahashi
Legal Analyst II
ACC Capital Holdings

Enclosure