AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Ameriquest Mortgage Co.,
Mortgage Lending Practices Litigation

**SUMMONS IN A CIVIL CASE**

--------------------------------------------------------

THIS DOCUMENT RELATES TO:
*Benjamin Johnson, et al.  v.*          Case Number: MDL No.  1715
*Ameriquest Mortgage Company, et al;*   Case No.: 07-C-6231


Centralized before the Honorable
Marvin E. Aspen


TO:     Washington Mutual Bank
        c/o Susan R. Taylor
        1201 Third Ave.
        WMT 1706
        Seattle, WA   98101


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY
(name and address)

Earl P. Underwood, Jr.
P. O. Box 969
Fairhope, AL 36533-0969

an answer to the complaint which is herewith served upon you, within 20  days  after  service  of  this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                                                      DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date              *Signature of Server*

                        _____
                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.